## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ADAMS OUTDOOR ADVERTISING, LTD., A LIMITED PARTNERSHIP, ORGANIZED UNDER THE LAWS OF THE STATE OF MINNESOTA BY ITS MANAGING GENERAL PARTNER, ADAMS OUTDOOR ADVERTISING, INC. | : No. 448 MAL 2021<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>:<br>: |
| v. | : |
| ZONING HEARING BOARD OF THE BOROUGH OF STROUDSBURG | : |
| v. | : |
| BOROUGH OF STROUDSBURG | : |
| PETITION OF: BOROUGH OF STROUDSBURG | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 28th day of December, 2021, the Petition for Allowance of Appeal is **DENIED** and The Application for Leave to File an Answer to the Petition for Allowance of Appeal nunc pro tunc is **DENIED**.